IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CR-00275-F-1
No. 5:16-CV-00648-F

| | | |
|---|---|---|
| KENJAY ALERT BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Kenjay Albert Brown's Motion to Vacate, Set Aside, or

Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-57]. Having examined Brown's motion

pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States

Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255

motion, within **forty (40)** days of the filing of this order.

Brown asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and

he previously qualified for appointed counsel. Therefore, pursuant to Standing Order

No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), the Office of the Federal Public Defender is appointed to

represent Brown to determine if he may qualify for post-conviction relief.

SO ORDERED.

This 5 day of July, 2016.

_James C. Fox_

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE